IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vining, Bernard | Case Number: 07 B 00616 |
|---|---|---|
| | Vining, Tamika | Judge: Hollis, Pamela S |
| | Printed: 4/8/08 | Filed: 1/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: March 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,361.49 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 370.23 |
| Priority: |  | 21.73 |
| Administrative: |  | 2,788.00 |
| Trustee Fee: |  | 181.53 |
| Other Funds: |  | 0.00 |
| Totals: | 3,361.49 | 3,361.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 275.00 | 275.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,513.00 | 2,513.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 5. | HomeComings Financial Network | Secured | 10,895.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 21.73 | 21.73 |
| 7. | Asset Acceptance | Unsecured | 34.90 | 122.31 |
| 8. | AT&T Wireless | Unsecured | 49.22 | 172.49 |
| 9. | Midland Credit Management | Unsecured | 21.52 | 75.43 |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | National City Bank | Unsecured | | No Claim Filed |
| 12. | Harris & Harris | Unsecured | | No Claim Filed |
| 13. | Fingerhut | Unsecured | | No Claim Filed |
| 14. | Premier Credit | Unsecured | | No Claim Filed |
| 15. | Park Dansan | Unsecured | | No Claim Filed |
| 16. | Professional Account Management | Unsecured | | No Claim Filed |
| 17. | Asset Acceptance | Unsecured | | No Claim Filed |
| | | | $ 13,810.37 | $ 3,179.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 181.53 |
| | $ 181.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Vining, Bernard  
  Vining, Tamika  
  Printed:  4/8/08

Case Number:  07 B 00616  
Judge:  Hollis, Pamela S  
Filed:  1/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

